[No. 26746-9-I.   Division One.   May 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY ANDRE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01859-1, Liem E. Tuai, J., entered August 14, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, A.C.J., and Baker, J.

[No. 26806-6-I.   Division One.   May 4, 1992.]

*In the Matter of the Marriage of* JULIA G. MEYER, *Appellant, and* WALTER MEYER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-05845-1, Marsha J. Pechman, J., entered July 25, 1990. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ.

[No. 26565-2-I.   Division One.   May 4, 1992.]

THE CITY OF SEATTLE, *Respondent*, v. JAMES ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00589-1, Donald D. Haley, J., entered June 26, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Forrest, JJ.